COPY

1 | Tyler J. Woods, Bar No. 232464
   twoods@trialnewport.com
2 | NEWPORT TRIAL GROUP, APC
   4100 Newport Place Drive, Suite 800
3 | Newport Beach, CA 92660
   Telephone: (949) 706-6464
4 | Facsimile: (949) 706-6469

5 | Attorneys for Defendant
   AXIS LABS, INC.

6

7

```
FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

8 |                **UNITED STATES DISTRICT COURT**

9 |                **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | AXIS LABS, INC.,                    Case No. **CV13-07846-GAF (JCGx)**

12 |          Plaintiff,                **COMPLAINT FOR:**
                                        (1) **TRADEMARK**
13 |     vs.                                 **INFRINGEMENT (15 USC §**
                                             **1114 and §1125(a)) ;**
14 | ASHLEY CONRAD, ASHLEY               (2) **COMMON LAW TRADEMARK**
    CONRAD, INC., CLUTCH BODYSHOP            **INFRINGEMENT (CAL. BUS. &**
15 | and BODYBUILDING.COM, LLC               **PROF. CODE § 14200);**
                                        (3) **UNFAIR COMPETITION (15**
16 |          Defendants.                    **USC § 1125(a); AND**
                                        (4) **UNFAIR COMPETITION AND**
17 |                                         **UNFAIR BUSINESS**
                                             **PRACTICES (CAL. BUS. &**
18 |                                         **PROF. CODE § 17200)**

19

20

21

22

23

24

25

26

27

28

---

COMPLAINT

Axis Labs, Inc. ("Axis Labs" or "Plaintiff") brings this action for trademark infringement against Ashley Conrad, Ashley Conrad, Inc., Clutch Bodyshop and Bodybuilding.com, LLC ("Defendants").

## THE PARTIES

1.     Axis Labs is a corporation organized and existing under the laws of Colorado, located and doing business at 9233 Park Meadow Drive, Suite 46, Lone Tree, Colorado 80124.

2.     Upon information and belief, defendant Ashley Conrad is an individual residing in Los Angeles, California.

3.     Upon information and belief, defendant Ashley Conrad, Inc. is a California corporation organized and existing under the laws of California, located and doing business at 1518 Moffett Street, Suite E, Salinas, California 93905.  Upon information and belief, defendant Ashley Conrad is the majority or sole shareholder of Ashley Conrad, Inc.

4.     Upon information and belief, defendant Clutch Bodyshop is a California corporation doing business in Los Angeles, California, located and doing business at 327 N. Stanley Avenue, Los Angeles, CA  90036.  Upon information and belief, defendant Ashley Conrad and/or Ashley Conrad, Inc. is the owner of Clutch Bodyshop.

5.     Upon information and belief, defendant Bodybuilding.com, LLC ("Bodybuilding.com") is a limited liability company organized and existing under the laws of Idaho with a principal place of business at 2026 South Silverstone Way in Meridian, Idaho 83642.

## JURISDICTION AND VENUE

6.     This is an action for infringement of a federally registered trademark.

7.     This Court has subject matter jurisdiction in this action pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.

8.     This Court has personal jurisdiction over Defendants.  By way of example and without limitation, Ashley Conrad resides within this District.  Furthermore,

**COMPLAINT**

1  Defendants, directly or through intermediaries (including distributors, retailers, and
2  others), make, manufacture, ship, distribute, advertise, market, offer for sale, and/or sell
3  dietary supplement products that infringe a federally registered mark in this District and
4  elsewhere in commerce.

5        9.     Venue is proper in the Central District of California pursuant to 28 U.S.C.
6  § 1391(c).

7  **FACTUAL BACKGROUND**

8        10.    Axis Labs is and has been engaged in the development, manufacture and
9  sale of nutritional supplements and has built a successful business in connection
10  therewith.

11        11.    Since at least as early as October 2006, Axis Labs has continuously used
12  the distinctive mark "CLUTCH" for a line of nutritional and supplement products
13  throughout the United States (the "Axis Clutch Products").

14        12.    Axis Labs has taken steps to protect its CLUTCH mark and on August 27,
15  2007  secured U.S. Trademark Registration No. 3,281,676 for the mark.  Registration
16  No. 3,281,676 is valid and subsisting and incontestable, and gives rise to presumptions
17  in favor of Axis Labs' with respect to validity, ownership and exclusive rights to use
18  CLUTCH throughout the United States and notice of such rights to all third parties.  A
19  copy of the pertinent information about such registration from the Patent and Trademark
20  Office database showing status and title is attached hereto as Exhibit A.

21        13.    Axis Labs has built extensive goodwill in connection with the Clutch Axis
22  Products as a result of its devotion of a substantial amount of time, effort and resources
23  in the development, promotion and marketing of the brand.  Such promotional efforts
24  include but are not limited to marketing the Axis Clutch Products annually at the
25  supplement industry's most prominent and important tradeshows and expositions such
26  as The Olympia and the Arnold Classic as well as initiating special marketing or pricing
27  programs such as sample giveaways, contests and speciality pricing.

28        14.    Axis Labs' goodwill is evidenced by its steady increase in sales of the Axis

1  Clutch Products from 2006 to the present.  The goodwill and industry recognition of

2  Axis Labs' CLUTCH line of nutrition and supplemental products is further

3  demonstrated by the fact that the Axis Clutch Products consistently receive extremely

4  positive reviews from consumers and an Excellent rating on www.bodybuilding.com,

5  which is the result of consumer rankings averaging at least a 9.0 out of 10.

6       15.    The CLUTCH mark is inherently distinctive within the nutritional and

7  supplement industry, and has acquired commercial strength by virtue of the nature and

8  extent of its use and recognition.  The commercial strength of the CLUTCH mark is

9  demonstrated by Bodybuilding.com's election to distribute the Axis Clutch Products

10  since at least 2007 and Bodybuilding.com's election to work closely with Axis Labs

11  over the years in marketing, branding and expanding the Axis Clutch Products on

12  Bodybuidling.com.

13       16.    In the Spring of 2013, Defendants Ashley Conrad, Ashley Conrad, Inc. and

14  Clutch Bodyshop (collectively "Ashley Conrad Defendants") unveiled their Clutch line

15  of nutritional supplements ("Infringing Products").  See Exhibit B for example of

16  Infringing Products.

17       17.    At the Bodybuilding.com Fitness Expo in June 2013 (which Axis Labs was

18  in attendance and marketing the Axis Clutch Products), Axis Labs discovered that the

19  Infringing Products had been introduced into the market.

20       18.    Soon after discovering the existence of the Infringing Products Axis Labs

21  discovered that despite intimate knowledge of the Axis Clutch Products, which

22  Bodybuilding.com had from continuously distributing the products for approximately

23  six years, Bodybuilding.com not only agreed to distribute the Infringing Products but

24  also elected to promote the Infringing Products more prominently than Axis Labs'

25  CLUTCH line of products.

26       19.    Bodybuilding.com provided the Ashley Conrad Defendants with certain

27  promotional opportunities, which are not otherwise provided to other vendors (such as

28  Axis Labs) except at great cost and are generally not enjoyed by newcomers to the

**COMPLAINT**

industry.   Upon information and belief, the Ashley Conrad Defendants were provided with the following on www.bodybuilding.com:(i) premium advertising and/or promotional space which is generally cost prohibitive for newcomers to the industry who do not have significant sales; (ii) under the e-commerce portion of www.bodybuilding.com, the sortable search by brand lists Plaintiff's products under the brand name AXIS LABS while listing the Infringing Products under the brand name CLUTCH, such that a consumer looking for the a CLUTCH branded product would be led to the Infringing Products and not Axis Labs' products; (iii)  upon information and belief using search engine optimization tactics such that the first item that appears on Bodybuilding.com when one conducts a search "Clutch" on www.bodybuilding.com is a large endorsement of the Infringing Products (*see* Exhibit C); (iv) endorsing the Ashley Conrad Defendants "Clutch Cut" fitness plan and providing a separate which prominently displayed and encouraged purchase of the Infringing Products (*see* Exhibit D); and (v) upon information and belief, at significant cost to Bodybuilding.com provided the Ashley Conrad Defendants with featured pages as well as a blog on www.bodybuilding.com in which the Ashley Conrad Defendants recommended purchase of and featured advertisements for the Infringing Products.

20.    Additionally, upon information and belief, in an effort to increase sales of the Infringing Products, Defendants purchased and used without Axis Labs' consent, the term CLUTCH or variations thereof in several internet keyword advertising programs, including on Google where upon a search by a consumer for "CLUTCH DIETARY SUPPLEMENT" the consumer is confronted with a list of advertisement or links from the Defendants for the Infringing Products intermingled with the Axis Clutch Products (*see* Exhibit E).

21.    Upon discovery of the Infringing Products, in June of 2013, Axis Labs and its representatives contacted the Ashley Conrad Defendants to demand that they immediately cease and desist from continuing their infringing activities and additionally were in contact with Bodybuilding.com at least as early as July 2013.   Despite actual

1  knowledge of the infringement and demands to cease and desist,  the Defendants failed

2  to comply and continued their infringing activities as of the date hereof.

3      22.    Defendants continued use of the CLUTCH trademark without

4  authorization after notice and demand by Axis Labs demonstrates a deliberate intent to

5  continue to wrongfully compete with Plaintiff and willfully infringe Plaintiff's rights.

6      23.    The Infringing Products complained of herein have been available for

7  purchase through Clutch Bodyshop's website and Bodybuilding.com's website since at

8  least June 2013.The sale and exploitation of the Infringing Products has damaged the

9  goodwill and reputation of Axis' registered CLUTCH mark as a significant number of

10  consumers who have purchased the Infringing Products have expressed unhappiness

11  with the Infringing Products vowing to never purchase such products again.

12      24.    For example, on www.bodybuilding.com, the Axis Clutch consistently

13  received accolades regarding its taste, affordability, efficacy and general consumer

14  satisfaction which such products all attaining at least a 9.0 of 10 average ranking by

15  consumers.   Conversely, on www.bodybuilding.com, a significant portion of

16  consumers have criticized the Infringing Products as terribly tasting, unreasonably

17  expensive, lacking efficacy and upset by the meager amount of product contained in the

18  containers.  Eight of the Ten Infringing Products featured on www.bodybuilding.com

19  have an average ranking by consumers of lower than 9.0 of 10 with one Infringing

20  Product receiving an average ranking of 5.0 out of 10 by consumers.

21      25.    Due to the introduction of the Infringing Products to the marketplace, sales

22  of the Axis Clutch Products has decreased sharply, with sales on

23  www.bodybuilding.com alone decreasing approximately 75% in one month shortly

24  after the introduction of the Infringing Products to the marketplace.

25      26.    Defendants' use of and sale of products containing the CLUTCH mark was

26  and is without Axis Labs' consent, license, authorization, or permission.

27      27.    On information and belief, Defendants' actions are willful and reflect an

28  intent to confuse consumers and profit from the goodwill and consumer recognition

1    associated with Axis Labs' mark.

2         28.    The Defendants continue to knowingly sell the Infringing Products despite

3    being placed on notice as early as June 2013 that such products violate Axis Labs'

4    incontestable CLUTCH mark.

5         29.    Despite being placed on notice on or about June 11, 2013 that the

6    Infringing Products violate Axis Labs' incontestable CLUTCH mark, the Defendants

7    did not cease the use and exploitation of the Infringing Products.   Rather, the  day after

8    receiving the notice of Axis Labs' claimed rights in the mark, the Ashley Conrad

9    Defendants continued their scheme to usurp Axis Labs' rights in the CLUTCH mark by

10   filing applications for registration of the marks CLUTCH BODYSHOP and CLUTCH

11   in class 025 on June 12, 2013.   Thereafter, while the parties were engaged in

12   discussions regarding a potential resolution to this matter, the Ashley Conrad

13   Defendants filed an application for the registration of  CLUTCH BODYSHOP in class

14   005 (the same class in which CLUTCH is registered) on September 16, 2013.

15        30.    On October 2, 2013 under penalty of perjury, representatives of the

16   Ashley Conrad Defendants submitted a statement of use alleging that the mark

17   CLUTCH had been used in commerce by the Ashley Conrad Defendants in class 041 in

18   connection with training services in 2005, which was one year prior to Axis Labs' use

19   of the mark CLUTCH for the Axis Clutch Products.  Such statement is curious, as upon

20   filing the application in August 2012, the Ashley Conrad Defendants filed an intent-to

21   use application asserting that they were not using the mark in commerce but rather only

22   had a good faith intent to do so.  However, after receiving multiple demands to cease

23   from Axis Labs, the Ashley Conrad Defendants now remembered that they have been

24   actually in continuous use of the mark for over 8 years.

25        31.    Additionally, after being put on notice of Axis Labs' objections to the

26   distribution of the Infringing Products, Bodybuilding.com requested that Axis Labs

27   agree to a significantly discounted sale price of the Axis Clutch Products being sole on

28   www.bodybuildling.com under the implied threat of a return of a significant amount of

1    Axis Clutch Products.

2        32.    The Axis Clutch Products and the Infringing Products are sold and

3    promoted through overlapping trade channels and/or purchased by the same and

4    overlapping classes of purchasers.  For example the Axis Clutch Products and the

5    Ashley Conrad Defendants' Clutch line of nutritional products are both sold through

6    Bodybuilding.com as evidenced in Exhibit C.

7        33.    Axis Labs' customers, and the public in general, have been and are likely

8    to continue to be confused, mistaken, or deceived as to the source or sponsorship of the

9    Infringing Products; and as to whether the Infringing Products are produced by,

10   emanate from, or under license from or are otherwise affiliated with Axis Labs, to the

11   damage and detriment of Axis Labs and its reputation.  For example, several Axis Labs

12   customers were under the mistaken impression that the Infringing Products they

13   obtained at the Bodybuilding.com Fitness Expo tradeshow were in fact one of the Axis

14   Clutch Products.

15       34.    In addition to the substantial confusion experienced by Axis Labs'

16   customers and general public, Axis Labs has suffered a substantial decrease in sales of

17   its CLUTCH line of products since the Defendants commenced selling the Infringing

18   Products and overall damage to the goodwill of the mark.

19       35.    Defendants' actions are intentional and willful.  Defendants have been on

20   notice of Axis Labs' registered trademark not only by virtue of long-standing use of

21   said mark, by in the case of Bodybuilding.com of the long-standing business

22   relationship whereby Bodybuilding.com distributed such products and also by actual

23   notice provided by Axis Labs.

24                        **FIRST CLAIM FOR RELIEF**

25   **(Trademark Infringement of a Federally Registered Mark against all Defendants)**

26       36.    Axis Labs repeats and realleges the allegations of paragraphs 1 through 35

27   as if fully set forth herein.

28       37.    Axis Labs is the owner of the CLUTCH mark as secured by U.S.

1  Trademark Registration No. 3,281,676 for the mark.

2      38.    Defendants are using CLUTCH as a mark in connection with a line of

3  products identical or essentially identical to Axis Labs' CLUTCH products and sold in

4  identical trade channels.

5      39.    The CLUTCH mark that appears on the Infringing Products is confusingly

6  similar to Axis Labs CLUTCH mark, which is protected by an incontestable federal

7  trademark registration.

8      40.    The CLUTCH mark that appears on the Infringing Products so resembles

9  Axis Lab's CLUTCH mark that is has caused confusion (and will continue to cause

10  confusion) amongst consumers as to the source of the Infringing Products, resulting in

11  damage and detriment to Axis Labs and its reputation in violation of 15 U.S.C. § 1114.

12      41.    Defendants are using the CLUTCH mark without the consent, license,

13  authorization, or permission of Axis Labs.

14      42.    The Defendants continued use and sale of the Infringing Products is likely

15  to cause, and in fact has caused, damage and irreparable injury to Axis Labs.

16      43.    Defendants' use of the CLUTCH mark in connection with the Infringing

17  Products is willful and intentional as demonstrated by Defendants' continued use of the

18  CLUTCH mark after being placed on notice of Axis Labs' objection to Defendant's

19  activities.

20      44.    Axis labs has no adequate remedy at law.

21                **SECOND CLAIM FOR RELIEF**

22             **(Common Law Trademark Infringement under**

23         **Cal. Bus. & Prof. Code §14200 *et seq*. against all Defendants)**

24      45.    Axis Labs repeats and realleges the allegations of paragraphs 1 through 44

25  as if fully set forth herein.

26      46.    Axis Labs is the owner of the CLUTCH mark as secured by U.S.

27  Trademark Registration No. 3,281,676 for the mark.

28      47.    Defendants are using CLUTCH as a mark in connection with products

- 8 -
**COMPLAINT**

identical or essentially identical to Axis Labs' CLUTCH products and sold in identical trade channels.

48.     The CLUTCH mark that appears on the Infringing Products is confusingly similar to Axis Labs CLUTCH mark, which is protected by an incontestable federal trademark registration.

49.     The CLUTCH mark that appears on the Infringing Products so resembles Axis Lab's CLUTCH mark that is has caused confusion (and will continue to cause confusion) amongst consumers as to the source of the Infringing Products, resulting in damage and detriment to Axis Labs and its reputation.

50.     Defendants are using the CLUTCH mark without the consent, license, authorization, or permission of Axis Labs.

51.     The Defendants continued use and sale of the Infringing Products is likely to cause, and in fact has caused, damage and irreparable injury to Axis Labs.

52.     Defendants' use of the CLUTCH mark in connection with the Infringing Products is willful and intentional as demonstrated by Defendants' continued use of the CLUTCH mark after being placed on notice of Axis Labs' objection to Defendant's activities.

53.     Axis labs has no adequate remedy at law.

**THIRD CLAIM FOR RELIEF**

**(Unfair Competition under 15 U.S.C. § 1125(a)) against all Defendants)**

54.     Axis Labs repeats and realleges the allegations of paragraphs 1 through 53 as if fully set forth herein.

55.     Axis Labs is the owner of the CLUTCH mark as secured by U.S. Trademark Registration No. 3,281,676 for the mark.

56.     Axis Labs has used the CLUTCH mark as an identifier and designator of the source of its products since at least 2006.

57.     Axis Labs' use of the CLUTCH mark has resulted in the CLUTCH mark becoming inherently distinctive within the nutritional and supplement industry, and has

1   acquired commercial strength by virtue of the nature and extent of its use and
2   recognition.

3       58.    In an apparent effort to capitalize on the commercial strength that Axis
4   Labs' CLUTCH mark has acquired in the market, the Defendants introduced and/or
5   sold identical and nearly identical products bearing the CLUTCH mark.

6       59.    Defendants' use of the CLUTCH mark on identical and nearly identical
7   products has, and will continue, to cause confusion and mistake by purchasers as to the
8   source or sponsorship or affiliation in violation of 15 U.S.C. § 1125.

9       60.    Defendants' continue use of the CLUTCH mark is likely to cause
10  confusion, or to cause mistake, or to deceive as to source or sponsorship or as to the
11  affiliation of the source of the product in such mark with Axis Labs, and as to the
12  sponsorship, or approval of the Infringing Products by Axis Labs.

13      61.    Defendants' use of the CLUTCH mark in connection with the Infringing
14  Products has, and will continue to, cause damage and irreparable injury to Axis Labs
15  and its goodwill within the industry and market.

16      62.    Axis labs has no adequate remedy at law.

17                      **FOURTH CLAIM FOR RELIEF**
18              **(Unfair Competition and Unfair Business Practices under**
19              **Cal. Bus. & Prof. Code §17200 against all Defendants)**

20      63.    Axis Labs repeats and realleges the allegations of paragraphs 1 through 62
21  as if fully set forth herein.

22      64.    Axis Labs is the owner of the CLUTCH mark as secured by U.S.
23  Trademark Registration No. 3,281,676 for the mark.

24      65.    Axis Labs has used the CLUTCH mark as an identifier and designator of
25  the source of its products since at least 2006.

26      66.    Axis Labs' use of the CLUTCH mark has resulted in the CLUTCH mark
27  becoming inherently distinctive within the nutritional and supplement industry, and has
28  acquired commercial strength by virtue of the nature and extent of its use and

1  recognition.

2      67.    In an apparent effort to capitalize on the commercial strength that Axis

3  Labs' CLUTCH mark has acquired in the market, the Defendants introduced and/or

4  sold nearly identical products bearing the CLUTCH mark.

5      68.    Defendants' use of the CLUTCH mark on identical and nearly identical

6  products has, and will continue, to cause confusion and mistake by purchasers as to the

7  source or sponsorship or affiliation in violation of Cal. Bus. & Prof. Code §17200.

8      69.    Defendants' continue use of the CLUTCH mark is likely to cause

9  confusion, or to cause mistake, or to deceive as to source or sponsorship or as to the

10  affiliation of the source of the product in such mark with Axis Labs, and as to the

11  sponsorship, or approval of the Infringing Products by Axis Labs.

12      70.    Defendants' use of the CLUTCH mark in connection with the Infringing

13  Products has, and will continue to, cause damage and irreparable injury to Axis Labs

14  and its goodwill within the industry and market.

15      71.    Axis labs has no adequate remedy at law.

16                          **PRAYER FOR RELIEF**

17      WHEREFORE, Plaintiff Axis Labs, Inc. respectfully requests that this Court:

18      1.    Enter judgment in favor of Plaintiff and against Defendants on each Claim

19  for Relief of the Complaint;

20      2.    Permanently enjoin and restrain Defendants, their officers, agents,

21  employees, and all other persons in active concert or participation with Defendant from

22  use of the CLUTCH mark, and any other mark which contains or comprises the term

23  CLUTCH or any phonetic equivalent thereof;

24      3.    Order an accounting against Defendant for all profits received from the

25  sale of goods, directly or indirectly, in connection with, advertised, or promoted in any

26  manner, by use of the CLUTCH mark complained of herein in the United States;

27      4.    Award Plaintiff its attorneys' fees, costs, and disbursements pursuant to 15

28  U.S.C. § 1117;

1      5.      Punitive or exemplary damages, including but not limited to treble

2  damages as a result of Defendants' willful infringement; and

3      6.      Grant such further relief as this Court deems just and appropriate.

4

5  Dated:  October 23, 2013                    NEWPORT TRIAL GROUP

6

7                                   By:_____

8                                        Tyler J. Woods
                                         Attorneys for Plaintiff
                                         AXIS LABS, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

**To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.** (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)



Director of the United States Patent and Trademark Office

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**Reg. No. 3,281,676**

**United States Patent and Trademark Office**     Registered Aug. 21, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# CLUTCH

AXIS LABS, INC. (COLORADO CORPORATION)
8200 SOUTH QUEBEC STREET A3-120
ENGLEWOOD, CO 80112

FOR: DIETARY SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 10-26-2006; IN COMMERCE 10-26-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-030,488, FILED 10-26-2006.

ALYSSA PALADINO, EXAMINING ATTORNEY

EXHIBIT B

Search store...        0 items (/cart) · Check out (/cart)        **$0.00**
(/cart)



(/)

| The Brand | Our Truth | Workout (/pages/workout) | Clutch Diet | Shop |

(//cdn.shopify.com/s/files/1/0206/4828/products/protein_powder2_1921)





# Sculpt Lean Physique Protein Powder

**Clutch Bodyshop (/collections/vendors? q=Clutch+Bodyshop)**

# $46.00

Quantity



1

## Add to Cart

← *Previous Product (/collections/food-supplements-shakes/products/recovery-antioxidant#content)*
*Next Product → (/collections/food-supplements-shakes/products/sculpt-lean-physique-protein-powder-1#content)*

## Description

# Drink Yourself Lean.

**Created by celebrity trainer Ashley Conrad**

## Share this product

(http://twitter.com/intent/tweet?status=Check%20out%20this%20product%20Sculpt%20Lean%20Physique%20Protein%20Powder)

Sculpt Lean Physique Protein Powder is the original. Created back in 2007 by celebrity trainer Ashley Conrad, Sculpt was designed to be the world's most powerful protein powder. Sculpt starts with 20g of pure, cold-processed and microfiltered whey protein isolate formulated specifically for fat-burning and metabolism. Then, we add an arsenal of alkalizing organic green vegetables, digestive enzymes, probiotics and our Clutch Gunpowder, a proprietary amino-acid complex formulated to tone, define and build lean muscle. As a delicious snack, meal or post-workout shake, Sculpt is powerful fuel for getting lean and perfectly defined. No R-BST hormones. No artificial ingredients. No concentrate of casein proteins. No oils. No crappy ingredient's that slow your body down. Using just the world's most pure protein and powerful ingredients.  That's Clutch.

**Formulated to:**

- Boost fat-burning
- tighten, tone & build lean muscle
- Accelerate muscle recovery
- Make the perfect on-the-go snack or meal

**Why Sculpt is Clutch:**

- Lactose-Free
- R-BST hormone Free
- Cold-Pressed & microfiltered
- High Biological value percentage
- 20g of protein per serving
- Made with 100% Whey Protein Isolate
- No casein or whey concentrate protein
- No artificial flavors, colors or sweeteners
- Infused with 100% organic green vegetable powder

**Yo! I help accelerate results.**









**Sold Out (/collections/food-supplements-shakes/products/cheater-guilt-free-baking-mix)**

Cheater Guilt-Free Baking Mix (/collections/food-supplements-shakes/products/cheater-guilt-free-baking-mix)

*$31.00*

**Buy (/collections/food-supplements-shakes/products/detox-body-rehab-1)**

Detox Body Rehab (/collections/food-supplements-shakes/products/detox-body-rehab-1)

*$29.00*

**Sold Out (/collections/food-supplements-shakes/products/detox-fat-flush)**

Detox Fat-Flush (/collections/food-supplements-shakes/products/detox-fat-flush)

*$29.00* *$32.00*

**Sold Out (/collections/food-supplements-shakes/products/energy-multivitamin)**

Energy Multivitamin (/collections/food-supplements-shakes/products/energy-multivitamin)

*$46.00*

*Home (/) / Collections (/collections) / Food, Supplements & Shakes (/collections/food-supplements-shakes) / Sculpt Lean Physique Protein Powder*

## About

In God We Trust.

## Got questions?

Email us and one of our rockstar experts will get back to you in 24 hours or less! #BAM

**Email:**
info@clutchbodyshop.com (mailto:info@clutchbodyshop.com)

## Twitter

(http:/

## Newsletter

We promise to only send you good things.

your@email.com

**Sign Up**

*Search (/search)*

*Copyright © 2013 Clutch Bodyshop. Ecommerce Software by Shopify (http://www.shopify.com).*

EXHIBIT C





United States | Change Country | Help

RECEIVE A | SPEND $75

24/7 Customer Service 1-866-236-8417   Contact Us   Need Help?   View Cart

Clutch                                    in: Store

✉ Discounts & Deals - Sign Up!

Like   Kamryn Molinari, Andrea McGraw Stempien and 1,766,119 others like this.

Find A Plan   Store   BodySpace   Workouts   Nutrition   Supplementation   Motivation   Forum   More…

Home   Find A Supplement Plan   Brands   Ingredients   Categories   Goals   Top 50   On Sale!   Order Status   My Account   View Cart (0)



**YOUR SEARCH RESULTS**

Searched **"Clutch"**

## Category Matches



### CLUTCH

Created by celebrity trainer, Ashley Conrad- Clutch is more than just the answer to getting 6-pack abs. Clutch is an arsenal of weapons; The knowledge you need to take control of your life and the products you need to get there.

Go to Clutch …

## Product Results

View:   Product View   Detailed List View

| | Compare up to 3 items | Compare |

1-14 of 14 Results

Sort By:   Relevance   Best Sellers   Product Name   Newest   Highest Rated   Price High-Low   Price Low -High

Show:   20 Per Page

---

☐ Compare

**Axis Labs CLUTCH N'Gage, 35 Servings**
Recovery, Anabolic, Anti-Catabolic!*
iBCAA, Glutamine And Vitamin B6!
9.5 out of 10 Excellent   Rate Product
Supported Goal: Post-Workout Recovery
Main Ingredient: BCAAs
Servings: 35
Price Per Serving: $0.72

49% Off
~~$49.99~~
**$25.35**
In Stock

Select Flavor

View Product Label
Wish List

---

☐ Compare

**Axis Labs CLUTCH N'Gage, 10 Servings**
Recovery, Anabolic, Anti-Catabolic!*
iBCAA, Glutamine And Vitamin B6!
9.5 out of 10 Excellent   Rate Product
Supported Goal: Post-Workout Recovery
Main Ingredient: BCAAs
Servings: 10
Price Per Serving: $1.10

45% Off
~~$19.95~~
**$10.97**
In Stock

Add To Cart

View Product Label
Wish List

---

**FREE »**
**JOIN NOW**

» Customized Content
» Massive Online Community
» Track Your Progress

Sign Up

**Member Login**

USERNAME / EMAIL

PASSWORD

☐ Remember Me   Log In

Forgot Login Info?

**BodySpace Activity**

 bigginth Lately my schedule has made my diet almost impossible to follow and my workouts have been extremely rushed but somehow I still see progress

 dpaul21 added a new program to his calendar: Pull, Push, Legs.

 micahnew updated his weight from 177.7 Lbs. to 177.8 Lbs., no change in 9 days.

View All



shopping
**BODYBUILDING.COM**

Choose Brand ▼
Choose Ingredient ▼
Choose Goal ▼

Shop By Category
Shop By Goal
Shop By Brand
Shop By Brand Popularity
Donation

**PRODUCT FINDER**
Narrow Your Results

refine by
**GOAL**                    Help

Build Muscle            (6)
Health & Wellness       (4)
Improve Workout         (3)
Improve Endurance       (2)
During Workout          (2)
Lose Fat                (2)

refine by
**CATEGORY**                Help

Detoxification          (2)
Post-Workout Recovery   (2)
Protein Pow der         (2)
Build Muscle Stacks     (1)
Fat Burners             (1)
Healthy Snacks & Foods  (1)
Antioxidants            (1)
Multivitamins           (1)

Nitric Oxide Boosters    (1)
Pre-Workout Boosters     (1)
View All Categories »

**refine by**
**PRICE RANGE**    Help

Drag sliders
to filter results.

$10          $95

**refine by**
**RATING**    Help

Rating
9  or Higher  (6)
8  or Higher  (10)
7  or Higher  (12)
6  or Higher  (12)
5  or Higher  (13)

**refine by**
**BRAND**    Help

Clutch          (10)
Axis Labs       (4)

**refine by**
**SERVINGS**

**refine by**
**DAYS SUPPLY**

**refine by**
**CALORIES**

**refine by**
**PROTEIN**

**refine by**
**FAT**

**refine by**
**CARBS**

**refine by**
**FLAVOR**

**product**
**MUST CONTAIN**

**product must**
**NOT CONTAIN**

**refine by**
**PRODUCT FORM**

**refine by**
**UNIQUE OPTIONS**

### Axis Labs Clutch Whey Protein, 5 Lbs.
100% Whey Protein!
Loaded With Amino Acids, Low In Carbohydrates, & Aspartame Free!

9.6 out of 10  Excellent   Rate Product

Supported Goal: Build Muscle
Main Ingredient: Whey Protein
Servings: 70
Price Per Serving: $0.71

40% Off
~~$82.97~~
**$49.97**
In Stock

[ Select Flavor ]

View Product Label
Wish List

☐ Compare

---

**NEW ITEM**
### Axis Labs Ultra Clutch Radical Stack
Recover, Re-Energize, Rebuild!*
It's Radical To The Extreme!

N/A out of 10   Rate Product

Supported Goal: Build Muscle

49% Off
~~$186.24~~
**$94.99**
In Stock

[ View Product ]

Wish List

---

### Clutch Cheater Guilt-Free Bake Mix, 1 Lb.
Help Curb Cravings!*
Keep Your Nutrition Game On Track!*

7.9 out of 10  Good   Rate Product

Servings: 23
Price Per Serving: $0.97

25% Off
~~$30.00~~
**$22.39**
In Stock

[ Add To Cart ]

View Product Label
Wish List

☐ Compare

---

### Clutch Detox Fat-Flush, 150 Capsules
Cleanse Your Body!
Get Lean And Boost Metabolism!*

8.9 out of 10  Excellent   Rate Product

Supported Goal: Detoxification
Servings: 50
Price Per Serving: $0.41

19% Off
~~$25.00~~
**$20.29**
In Stock

[ Add To Cart ]

View Product Label
Wish List

☐ Compare

---

### Clutch Sculpt Muscle Definition, 120 Capsules
Increase Protein Synthesis!*
Tighten, Tone, And Build Lean Muscle!*

8.1 out of 10  Excellent   Rate Product

Supported Goal: Build Muscle
Main Ingredient: AAKG
Servings: 30
Price Per Serving: $0.83

17% Off
~~$30.00~~
**$24.97**
In Stock

[ Add To Cart ]

View Product Label
Wish List

☐ Compare

---

### Clutch Sculpt Lean Physique Protein Powder, 1 Lb.
Pure And Powerful!
Recover Faster Between Workouts!*

8.2 out of 10  Excellent   Rate Product

Supported Goal: Build Muscle
Main Ingredient: Whey Protein Isolate
Servings: 15
Price Per Serving: $2.13

29% Off
~~$45.00~~
**$31.97**
In Stock

[ Add To Cart ]

View Product Label
Wish List

☐ Compare

**20% OFF ANY EAS® PRODUCT**

EAS SPORTS NUTRITION

SAVE NOW

Offer good 9/30/13–10/27/13





### Clutch Thermo Fat Burner, 120 Capsules

**Help Increase Metabolism!***
Burn Fat As Energy Rather Than Storing It!*

8.6 out of 10 Excellent   Rate Product

**Supported Goal:** Lose Fat
**Main Ingredient:** CLA
**Servings:** 60
**Price Per Serving:** $0.67

Compare

19% Off
~~$50.00~~
**$40.39**

In Stock

[ Add To Cart ]

View Product Label
Wish List

---



### Clutch Detox Body Rehab, 150 Capsules

**Jump Start Metabolism!***
Purify The Body And Support Fat Burning!*

7.4 out of 10 Good   Rate Product

**Supported Goal:** Liver Health
**Main Ingredient:** Dandelion
**Servings:** 75
**Price Per Serving:** $0.28

Compare

16% Off
~~$25.00~~
**$20.89**

In Stock

[ Add To Cart ]

View Product Label
Wish List

---



### Clutch Thermo Renegade Drink Mixx, 420 Grams

**Improve Fat Burning!***
Boost Energy With Zero Crash!*

5.8 out of 10 Good   Rate Product

**Supported Goal:** Improve Workout
**Main Ingredient:** Vitamin B12
**Servings:** 30
**Price Per Serving:** $1.08

Compare

19% Off
~~$40.00~~
**$32.29**

In Stock

[ Add To Cart ]

View Product Label
Wish List

---



### Clutch Energy Multivitamin, 200 Capsules

**By Celebrity Trainer Ashley Conrad!**
Formulated With Plant Cell Technology!

9.7 out of 10 Excellent   Rate Product

**Supported Goal:** Health & Wellness
**Main Ingredient:** Multivitamins
**Servings:** 25
**Price Per Serving:** $1.49

Compare

7% Off
~~$40.00~~
**$37.29**

In Stock

[ Add To Cart ]

View Product Label
Wish List

---



### Clutch Thermo 369 Lean, 120 Capsules

**Help Shed Fat!***
Promote Lean Muscle Mass!*

9.1 out of 10 Excellent   Rate Product

**Supported Goal:** Lose Fat
**Main Ingredient:** Fish Oil
**Servings:** 120
**Price Per Serving:** $0.30

Compare

11% Off
~~$40.00~~
**$35.67**

In Stock

[ Add To Cart ]

View Product Label
Wish List

---



### Clutch Recovery Antioxidant, 120 Capsules

**Resveratrol Formula!**
Fight Free Radicals & Improve Muscle Recovery!*

N/A out of 10 Excellent   Rate Product

**Supported Goal:** Anti-Aging Support
**Main Ingredient:** Antioxidants
**Servings:** 60
**Price Per Serving:** $0.42

Compare

17% Off
~~$30.00~~
**$24.97**

In Stock

[ Add To Cart ]

View Product Label
Wish List

---

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

**1-14** of **14 Results**

Sort By:   Relevance   Best Sellers   Product Name   New est   Highest Rated   Price High-Low   Price Low -High

Show:   20 Per Page

## Expanded Store Search Results

Searched for "**Clutch**" Results 1 - **3** of about **42**.  Search took **0.016** seconds.

### Clutch Supplements & Info at Bodybuilding.com - Lowest ...
Find Information & Supplement Reviews on Clutch! Get the Lowest Prices on Clutch at the #1 online sports nutrition store: Bodybuilding.com!

http://w w w .bodybuilding.com/store/clutch.html

### Sculpt Muscle Definition by Clutch at Bodybuilding.com ...
Clutch Sculpt Muscle Definition Helps Improve Muscle Definition!* Get the Lowest Price on Sculpt Muscle Definition at Bodybuilding.com!

http://w w w .bodybuilding.com/store/clutch/sculpt-muscle-definition.html

### Axis Labs CLUTCH N'Gage at Bodybuilding.com: Lowest ...
Axis Labs CLUTCH N'Gage Helps You Recover Faster from Workouts!* Get the Lowest Price on CLUTCH N'Gage at Bodybuilding.com!

http://w w w .bodybuilding.com/store/axis/clutch-n-gage.html

See Additional Results



## Categories Index

**Sports Nutrition & Workout Support**
- Protein
- Pre-Workout Boosters
- During Workout
- Post-Workout Recovery
- View All ...

**Vitamins, Herbs & Health**
- Multivitamins
- Fish Oil, Flax Oil & Omegas
- Joint Support
- Vitamins A-Z
- View All ...

**Workout Equipment**
- Heart Rate Monitors
- Home Gyms
- Strength Equipment
- Fitness Equipment
- View All ...

**Diet & Weight Management**
- Fat Burners
- Stimulant Free Fat Burners
- Fat Control
- Carbohydrate Management
- View All ...

**Personal Care & Competition**
- Bath & Body
- Tanning Products
- Posing Oils
- Shaving & Hair Removal

**Protein**
- Whey Protein
- Soy Protein
- Hydrolyzed Whey Protein
- Whey Protein Isolate
- View All ...

**Fitness Clothing**
- Bodybuilding.com Clothing
- Men's Clothing
- Women's Clothing
- Clothing Accessories
- View All ...

**Healthy Food & Meal Plan Delivery**
- B-Elite Fuel
- Healthy Snacks & Foods

**Workout Accessories**
- Gym Bag Essentials
- Shakers, Mixers & Bottles
- Gloves
- Belts
- View All ...

Information. Motivation. Supplementation


McAfee SECURE™
TESTED DAILY  01 - OCT.

Give Us Feedback:
Report A Problem
Site Feedback

Follow Us:
Tw itter
Facebook
RSS Feeds

**Bodybuilding.com Newsletter**
Receive exciting features, news & special offers from Bodybuilding.com

Enter Your Email Address

Sign Up

United States | Brazil | Canada | Australia | Japan | Russia | Israel | United Kingdom | Singapore | France | India | Germany | More…
Home | Store | Products | Careers | Help | Contact Us | Terms of Use | About Us | Checkout | Affiliates

© 2013 Bodybuilding.com, LLC. All rights reserved. Bodybuilding.com℠ and BodySpace® are trademarks of Bodybuilding.com, LLC.
© BodyBuilding.com LLC, 5777 N Meeker Ave, Boise, ID 83713 USA - 1-866-236-8417

EXHIBIT D

Case 2:13-cv-07846-GAF-JCG Document 1 Filed 10/23/13 Page 28 of 46 Page ID #:33

FREE GIFT! $75
ANY ORDER OVER

✉ Discounts & Deals - Sign Up!

24/7 Customer Service 1-877-991-3411    Need Help?    View Cart

Search                                    in: Whole Site

Like    Brian Slater, Kamryn Molinari and 1,803,095 others like this.

Find A Plan    Store    BodySpace    Workouts    Nutrition    Supplementation    Motivation    Forum    More...

Home    Kris Gethin 12 Week    Jamie Eason LiveFit    Shortcut-To-Size    Shortcut-To-Shred    Jay Cutler Live Large    Get Swole    Big Man on Campus    MFT28    More Trainers

Main » Find A Plan » More Trainers » Clutch Cut » Ashley Conrad's 21-Day Clutch Cut



THE BEST PRODUCTS FOR LOSING FAT

Find the products you need to drop serious pounds healthy & fast!

LEARN MORE

**MORE TRAINERS**

Bizzy Diet Trainer

**Clutch Cut**

Meet Your Trainer

Training Overview

Nutrition Overview

Supplementation

Week 1

Week 2

Week 3

DTP Trainer

Lean Body Trainer

7 Day Beginner Trainer

Y3T Trainer

Blood and Guts Trainer

NFL Combine Trainer

Power Bodybuilding

Hellraiser Training

365 Circuit Trainer

JNLs On The Go Trainer



ASHLEY CONRAD'S /// 21-DAY
CLUTCH CUT
ASHLEY CONRAD
CLUTCH BODYSHOP CEO
CUT THE CRAP /// CUT THE FAT /// GET CLUTCH CUT
clutch.

**FREE »**
**JOIN NOW**

» Customized Content
» Massive Online Community
» Track Your Progress

Sign Up

**Member Login**

USERNAME / EMAIL

PASSWORD

☐ Remember Me    Log In

Forgot Login Info?

**BodySpace Activity**

abdullatheef is now friends with Mouzah.

DafarheezyRises added a new profile photo.

GreenFroggy is now friends with jackimay14 and jessica_1979.

View All

## Ashley Conrad's 21-Day Clutch Cut

I've trained celebrities like Bradley Cooper, Kate Hudson, and P. Diddy. My plan will help you get lean, mean, and cut beyond belief in only three weeks. Now that's clutch.

**by Ashley Conrad** · Jun 07, 2013

67    1.7k    32    EMAIL MORE

Tweet    Like     SHARE

**Quick Navigation:**    Jump Directly To A Page In The Trainer ▾

**Main** | **Meet Your Trainer** | **Training** | **Nutrition** | **Supplements** | **Start Program**

Clutch Cut demands nothing less than your best. Every day is difficult. Every workout is more challenging than the one before. The cardio is as brutal as it is effective; the lifting is as grueling as it is transformative. But, after three weeks with me, you'll change the way you think about your body. You'll be reminded that anything is possible, and you'll transform your physique.

Clutch Cut only lasts 21 days because that's about how long I usually have to get a celebrity ripped for a movie. It's a tried-and-true program that I go to every time I need to produce freaky-fast fat loss. I designed Clutch Cut to burn fat, drop water, remove waste, optimize digestion, and help clients get screen-ready shredded. It works. I know it does. It'll work for you, too.

### Clutch Cut: What to Expect

Watch The Video - 05:07



TEEN TRANSFORMATION
LANE SCOTT

BEFORE   AFTER

BULKED: 40 LBS

"YOU HAVE THE TIME TO GET IN THE SHAPE THAT YOU WANT TO BE IN."

GET HIS FULL PROGRAM

ELITE FUEL

MEAL DELIVERY FOR PRECISION FITNESS NUTRITION

CHICKEN BREAST
SWEET POTATOES
GREEN BEANS

YOU ARE ELITE
THIS IS YOUR FUEL

■ UP TO 42G PROTEIN IN EVERY MEAL
■ LOW GLYCEMIC CARBS
■ HEALTHY FATS
■ SELECT FROM 11 MEALS

SHOP NOW

Three weeks of pushing your body to its absolute limits will wreak havoc on your fat stores, build muscle, and take you to the next level of physical and mental strength. Get ready to give 100 percent. Forget what you *think* you know. It's time to learn the truth. It's time to get Clutch Cut.

## Overviews



### Meet Your Trainer

Clutch training was borne from a lifelong love of fitness. I've channeled that love into hardcore training programs for celebrities, pro athletes, and you. Get the story behind Clutch Cut!



### Clutch Training

Three weeks may not seem like enough time to make progress, but it is. There's no level "easy" on this trainer. The only two settings are "hard" and "harder." Let's see what you can do.



### Nutrition Is King

Clutch Cut nutrition is clean, simple, and easy to follow. A huge selection of food choices lets you customize your meals while you cut fat. Now that's clutch.



### Supplementation Made Simple

Clutch Cut asks you to put your body through hell. On a nutritional level, it's critical that you put back what you expend. That's where supplements come in.

## Email Signup

First Name: [_____]

Last Name: [_____]

Email Address*: [_____]

Re-Type Email Address: [_____]

Sex:   ○ Male   ○ Female

Submit

*By giving your email you are consenting to receive promotional emails from Bodybuilding.com.

**Attention Gmail users:** To make sure you receive Bodybuilding.com emails, please check your junk box after sign up and star messages from Bodybuilding.com. This will help ensure future delivery.

# Clutch Programming

Five days per week, you'll be training harder than you ever have for 60 minutes per session. You'll cycle through a day of circuit training, a day of conditioning, and a day of rest. Then you'll lift, hit conditioning the next day, lift again, and rest again so you can repeat the process for three total weeks.

The training split looks like this:

**Monday:** Lift
**Tuesday:** Cardio
**Wednesday:** Rest
**Thursday:** Lift
**Friday:** Cardio
**Saturday:** Lift
**Sunday:** Rest



I don't like typical resistance programming, at least not for fat loss. My lifting days are built on strength circuits that will help you build muscle while priming your metabolism and challenging your energy systems. My strength circuits have anywhere from 12-20 different exercises. Depending on your fitness level, you'll go through the entire circuit 3-6 times. As your body adapts and your fitness level advances, you'll be able to perform more total circuits.

I don't like to use a lot of equipment. You're not going to be walking from machine to machine. Instead, you'll be doing everything from plyometric clap push-ups, to jumping lunges, to medicine ball jumping jacks. Your body is the most powerful fitness tool you have.

Your cardio days are programmed similarly. I prefer sprint circuits that are basically interval training with a twist. Each day you condition, you'll build upon the last workout. The intervals of max output get longer each week, and the rest periods get shorter. You can perform my cardio workout on the treadmill, outside, or even on a bike. That's one of the beauties of this program- there are no excuses.



## Start The Program

| DAY 1 | DAY 2 | DAY 3 | DAY 4 | DAY 5 | DAY 6 | DAY 7 |
|-------|-------|-------|-------|-------|-------|-------|
| LIFT | CARDIO | REST | LIFT | CARDIO | LIFT | REST |

| DAY 8 | DAY 9 | DAY 10 | DAY 11 | DAY 12 | DAY 13 | DAY 14 |
|-------|-------|--------|--------|--------|--------|--------|
| LIFT | CARDIO | REST | LIFT | CARDIO | LIFT | REST |

| DAY 15 | DAY 16 | DAY 17 | DAY 18 | DAY 19 | DAY 20 | DAY 21 |
|--------|--------|--------|--------|--------|--------|--------|
| LIFT | CARDIO | REST | LIFT | CARDIO | LIFT | REST |



**Main** | **Meet Your Trainer** | **Training** | **Nutrition** | **Supplements** | **Start Program**

 Share This

### RELATED ARTICLES

**Video Article: 20-Minute Leg Workout!**

**Video Article: Dorian Yates - Blood And Guts, Back**

**Go From Zero To Hero In One Year: The Ultimate 365 Day Muscle Building Plan!**

**» View All Workout Programs Articles**

### ABOUT THE AUTHOR

## Ashley Conrad

VIEW AUTHOR PAGE

Ashley Conrad is one of the world's top fitness and

nutrition experts. Her innovative methods, and trademark
style garnered her a loyal following...



» **View All Articles By This
Author**

### RATE THIS ARTICLE

| | | | | | | | | | | | | OVERALL RATING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POOR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | EXCELLENT | 8.5   Out of 10 |

8.5  Out of 10
Excellent
33 Ratings

## 241 Comments

---

Showing 1 - 25 of 241 Comments       ‹ Previous | 1  2  3  4 | Next ›

---

Follow This Discussion by:    Email

COMMENT ON THIS ARTICLE                        Log In to Comment

*Add a comment*

(5 characters minimum)

☐ notify me when users reply to my comment

---



Rep Power: 0

**xrizzox**

jumping on this asa im done bulking with BMOC :)

Jun 7, 2013 2:08pm | report

**Body Stats**
ht: **11'10"**
wt: **142 lbs**
bf: **20.0%**

---



Rep Power: 0

**JRose13**

dont go from bulking to a 21 day cut, youll either not
make much progress or lose muscle

Jun 7, 2013 8:31pm | report

**Body Stats**
ht: **12'3"**
wt: **147 lbs**
bf: **10.0%**

---



Rep Power: 0

**Dracid**

ya you're going to lose some bulk but that's to be
expected. Doesn't mean you won't make progress
cutting some weight off. As long as you eat properly
and work hard at the gym you can shed that fat off
regardless of what you did before hand

Jun 7, 2013 9:20pm | report

**Body Stats**
ht: **14'0"**
wt: **168.8 lbs**
bf: **18.6%**

---



Rep Power: 0

**Mudvayne24**

I think it all depends on the person. This may work
well for many people, but i eat over 4,000 calories
currently. If i jumped down to 2,000 I'd lose a lot of my
gains, be energy deprived, workouts would suffer, and
fat loss would stall much quicker than if I slowly cut my
calories. For other people this may work great. In my
opinion, it's all dependant on what your current
program is.

Jun 8, 2013 9:18am | report

**Body Stats**
ht: **16'0"**
wt: **192.2 lbs**

Document 1   Filed 10/23/13



Rep Power: 0

### ACClutch

Hey Guys! If your worried about muscle, just add a couple extra meals in but stick to the guidelines in the nutrition plan- You'll maintain your size but shred the fat! Everyone's lookin good in all their pics- keep up the hard work! AC

Jun 9, 2013 5:03pm | report

**Body Stats**
ht: **12'1"**
wt: **145 lbs**
bf: **10.0%**

---



Rep Power: 0

### ariel77

definitely trying this :)

Jun 7, 2013 3:15pm | report

**Body Stats**
ht: **11'5"**
wt: **137.5 lbs**
bf: **29.0%**

---



Rep Power: 0

### shredduck

is it just me or is every video on bb.com not loading?

Jun 7, 2013 10:33pm | report

**Body Stats**
ht: **18'4"**
wt: **220 lbs**
bf: **20.0%**

---



Rep Power: 0

### klockmi

Update your flash player to the newest version and if that doesn't work, try updating your internet browser.

Jun 8, 2013 9:30am | report

**Body Stats**
ht: **13'5"**
wt: **161.8 lbs**
bf: **11.0%**

---



Rep Power: 0

### AJizziFoshizzi

no excuses....i tore my ACL :( I'll try this next year, seems awesome!

Jun 8, 2013 9:10am | report

**Body Stats**
ht: **14'7"**
wt: **175 lbs**
bf: **13.0%**

---



Rep Power: 0

### jmsharr

Can't wait to start this!

Jun 8, 2013 10:55am | report

**Body Stats**
ht: **10'7"**
wt: **127.4 lbs**
bf: **20.7%**

---



Rep Power: 0

### msrubi47

Going to do the nutrition plan (I pretty much eat this way anyway but could cut out the dairy and very limited wheat that I DO eat-and cut some of the fruit. And I don't always eat this much so this will ensure I get enough cals and hit the macros. I put on BF since my surgery, was eating crappy and NO exercise for 6 weeks, and can't move it. Not sure about the training. I am finally getting back to where I was after disc surgery so I am not anxious to just toss it all aside, especially since there are really no legs in this program. BW Squats aren't going to cut it. Chest? Pushups are great for strength but don;t do anything for me as to gains. I like the HIIT and I know I've needed to add this back but again, limited since the surgery. Running is still a no due to the impact and the bike, small doses but I'm going to try her way with the bike, time/schedule wise.
Maybe this circuit twice a week, supplemented with legs once

**Body Stats**
ht: **12'8"**
wt: **153.4 lbs**
bf: **28.5%**

and chest/back another separate day? I'll do the HIIT in the AM.

Jun 9, 2013 6:53am | report

---



Rep Power: 0

### SitUpCindy

Great to see Ashley on our site! Love the workout plan and nutrition philosophy!

Jun 9, 2013 7:28am | report

**Body Stats**
ht: **12'3"**
wt: **147.8 lbs**
bf: **26.3%**

---



Rep Power: 0

### 1madfox

Ashley Conrad ROCK'S. I used her ab workout when I did my ON transformation and rocked it! I will 86 my program for now and give this a try. :-)

Jun 9, 2013 10:58am | report

**Body Stats**
ht: **10'4"**
wt: **126.6 lbs**
bf: **16.8%**

---



Rep Power: 0

### ACClutch

Thanks Girl!!!! Keep workin hard!!!

Jun 9, 2013 5:01pm | report

**Body Stats**
ht: **12'1"**
wt: **145 lbs**
bf: **10.0%**

---



Rep Power: 0

### BulkCutRepeat

Gluten does nothing to your body. The reason you need to cut gluten out of your diet is if you have an allergy to it. Which is less than .5% of the population. However all these people bashing on the 3 hr eating times are clueless to nutrition impact on the body. Eating every few hours increases your metabolism greatly and allows for more calories and protein to be absorbed. 3 hours is just a mindset to get several small meals in a day. Good program tho.

Jun 9, 2013 12:53pm | report

**Body Stats**
ht: **14'0"**
wt: **168 lbs**
bf: **9.0%**

---



Rep Power: 0

### Mudvayne24

That's not really accurate. I've read tons of studies outlining the negative aspects of gluten (unwanted weight gain/stalled weight loss, lack of energy, intestinal issues, GERD, etc.) and the only semi-positive to really come out of it is that it's a protein source (and not a great one either).

A lot of the excess gluten in today's society most definitely contributes to the rise of diseases such as leaky gut syndrome, celiacs, and others. Our bodies are not really made to process the enormous amounts of gluten that are present in today's society. It definitely wrecks a lot of the villi in our intestines as it passes through.

It may be true that not a whole lot of people have a true allergy, but things such as sensitivities and intolerances are huge. It's really the same with dairy. A lot of people think they have a true allergy when it may be an intolerance. Intolerances typically consist of cramping, bloating, intestinal distress, possible diarrhea, and others. A true allergy will give you quite a stomach pain and most likely will result in vomiting before the substance can pass from the stomach to

**Body Stats**
ht: **16'0"**
wt: **192.2 lbs**

the small intestine.

I'm not knockin' on ya man... I just work with nutrition
and supplements and I like educating people when I
can.

Jun 9, 2013 4:51pm | report



Rep Power: 0

### ACClutch

Yo! AC here! Mudvayne24 you know your sh** and you
are absolutely right, our bodies are not meant to
process gluten...period. BulkCutRepeat- I hear you
man---here's what I recommend...just TRY eating this
way and see how you feel and if you see the
difference...gimme 3 weeks. This nutrition program
has worked EVERY SINGLE TIME...I know it's totally in
opposition to what nearly every fitness mag and
authority is saying but hey, that's how every revolution
starts! Good luck man and let me know how it goes!

Jun 9, 2013 5:00pm | report

**Body Stats**
ht: **12'1"**
wt: **145 lbs**
bf: **10.0%**



Rep Power: 0

### BulkCutRepeat

MudVayne24- Its good to see that you enjoy working
with nutrition and like implementing your knowledge. I
too have been around research going on in the
nutrition field and medical field.

I believe gluten has been given a bad name via main
stream media and marketing. However I feel like you
and me both know we don't get our info from just any
website. Yes gluten can cause several unfortunate
side effects, if there is a intolerance. However there
are no test to date that can pin point a sensitivity to
gluten.

Celiac Disease is an autoimmune disorder(genetic)
which you have an intolerance to the protein called
Gluten. Eating Gluten every day will not give you that
disease. Just like drinking dairy everyday will not make
you lactose intolerant. Ones body cannot process the
protein, making your body an evacuation machine.

Eating any food in excess will most likely land you with
problems or cause problems later. There is next to no
science on gluten's negative effect on the body
(without a intolerance). That is why I cringe when
reading all these articles on how terrible gluten is for
you. Cutting gluten out of a diet allows for a small
variety of foods. Almost all these gluten free foods are
healthy, but this diet approach is terribly hard to reach
your nutrition needs!

Processed foods is a threat to digestive health and
nutrition needs. Stick to whole foods. Again, no hard
evidence(scholarly) on the Gluten free diet (yet).

ACClutch- I agree with almost all of the nutrition and
exercise components. Great program, I just enjoy
looking at these workouts. Maybe Ill try it some day.
Right now I am working on a diet that consist of whole
foods only, 6-7 meals a day, and consistent protein,
carb, and fat needs. I see improvements and positive
progress as I progress in my training regime. Im sure
this program produces the same results.

Jun 9, 2013 9:49pm | report

**Body Stats**
ht: **14'0"**
wt: **168 lbs**
bf: **9.0%**



Rep Power: 0

### Mudvayne24

Cutting gluten out of a diet doesn't dwindle a diet
down to nothing by any means. You wont be eating a
certain handful of different grains, but that's about it.

I'll agree that if you're an organic farmer and pull the
wheat straw out of the ground and process it yourself I
don't think there would be many problems with
consuming it once in a while. The same goes for dairy.
All of these intolerances and allergies are stemming
from mainstream milk which is basically boiled and
homogenized, killing off most if not all of the active
enzymes, bacteria, and many other beneficial aspects
of it. If you have an intolerance to typical dairy,

**Body Stats**
ht: **16'0"**
wt: **192.2 lbs**

chances are that quality grass-fed organic raw milk will not bother you at all. The unfortunate part is that is not the case in society.

All of these diseases and intolerances that are flaring up now were literally non-existant 50-100 years ago. Then again 100 years ago people didn't eat gluten and drink pasteurized/homogenized dairy very often either.

I value your opinion, but we will probably continue to agree to disagree my man. Keep up the research!

Jun 10, 2013 8:38am | report


Rep Power: 0

**Markymaark**
Mudvayne,

Your analysis of why "mainstream" milk is misleading. When you say "boiling" I believe you are talking about pasteurization--a world changing technique when invented. It is supposed to kill off bacteria, that's the point--those aren't "beneficial". Did you really just say 100 years ago people didn't eat gluten? You need to check what you say, you will mislead the uninformed.

Jun 19, 2013 10:27am | report

**Body Stats**
ht: **17'8"**
wt: **212 lbs**
bf: **11.0%**


Rep Power: 0

**kakashi20**
OK... calm down everyone... Gluten is a naturally occuring protien, wont do your body any harm.
now, as for the gentic disorders and diseases, that's something else, you will NOT suddenly get intolerant or allergic to something.
certian auto-immune diseases could be induced in certain ways.
the problem with Gluten is, it comes from crab sources mostly, and those increase insulin and all causing you to be fat IF you do not do it right.

Jul 26, 2013 9:06am | report


Rep Power: 0

**JoelleHeinritz**
15% of the population has gluten allergies, I am apart of that 15% and I can not wait to start AC's program because I already avoid gluten and dairy and need something like this!

Aug 13, 2013 8:50pm | report

**Body Stats**
ht: **11'8"**
wt: **140.6 lbs**
bf: **21.2%**

---


Rep Power: 0

**ACClutch**
Hey Everybody! Holla at me with your questions!

Jun 9, 2013 5:01pm | report

**Body Stats**
ht: **12'1"**
wt: **145 lbs**
bf: **10.0%**


Rep Power: 0

**hankyou85**
Question:

On lift days do we do the cardio too?

Or only cardio days?

Thanks

Jun 9, 2013 9:56pm | report

**Body Stats**
ht: **18'1"**
wt: **217 lbs**


Rep Power: 0

**iowananiroc**
Will you send me an autographed picture to hang in my man cave?

Jun 10, 2013 4:36pm | report

**Body Stats**
ht: **12'5"**
wt: **149 lbs**
bf: **5.0%**

---

**Showing 1 - 25** of 241 **Comments**

‹ Previous   1   2   3   4   Next ›

**FEATURED PRODUCT**



# Clutch Sculpt Muscle Definition

Clutch Sculpt Muscle Definition Helps Improve Muscle Definition!* Get the Lowest Price on Sculpt Muscle Definition at Bodybuilding.com!

» **Learn More about Clutch Sculpt Muscle Definition!**

**Information. Motivation. Supplementation.**

McAfee SECURE
TESTED DAILY 23-OCT

**Give Us Feedback:**
Report A Problem
Site Feedback

**Follow Us:**
Twitter
Facebook
RSS Feeds

**Bodybuilding.com Newsletter**
Receive exciting features, news & special offers from Bodybuilding.com
Enter your e-mail address

Home | Store | Products | Careers | Help | Contact Us | Terms of Use | About Us | Checkout | Site Map | Advertise With Us | Affiliates

© 2013 BodyBuilding.com, LLC. All rights reserved. BodyBuilding.com℠ and BodySpace® are trademarks of BodyBuilding.com, LLC.

© Bodybuilding.com, 2026 S Silverstone Way, Meridian, ID 83642 USA - 1-877-991-3411

EXHIBIT E

Clutch dietary supplement

+Tyler    Share

Web   Images   Maps   Shopping   Books   More ▾   Search tools

About 1,390,000 results (0.33 seconds)

Ad related to **Clutch dietary supplement**

**Dietary Supplement - juiceplus.com**
www.juiceplus.com/ ▾
Easy Capsules Made From 17 Fruits Veggies & Grains. Shop Juice Plus+!

Shop for **Clutch dietary supplement** on Google          Sponsored

    

Axis Labs
**Clutch** Whey...
$43.99
Bodybuilding....

**Clutch** Energy
Multivitamin...
$37.29
Bodybuilding....

**Clutch** Axis
Labs Micro Ul...
$42.97
LiveLeanTod...

**Clutch** Thermo
Fat Burner - 1...
$40.39
Bodybuilding....

**Clutch** Sculpt
Muscle Defini...
$24.97
Bodybuilding....

**Clutch** Bodyshop
clutchbodyshop.com/ ▾
**CLUTCH** IS MORE THAN JUST THE ANSWER TO 6-PACK ABS. **CLUTCH** IS AN
ARSENAL OF WEAPONS;THE KNOWLEDGE YOU NEED TO TAKE CONTROL OF
YOUR LIFE AND THE **PRODUCTS** ... ... Workout · **Clutch** Diet · The **Clutch** ...
Food, Supplements & Shakes · **Clutch** Diet · Workout · Clothing
You've visited this page 3 times. Last visit: 10/1/13

**Clutch Supplements & Info at Bodybuilding.com - Lowest Prices on ...**
www.bodybuilding.com/ Store › Shop By Brand ▾
Results 1 - 10 of 10 - Find Information & **Supplement** Reviews on **Clutch**! Get the
Lowest Prices on **Clutch** at the #1 online sports **nutrition** store: Bodybuilding.com!

**Bodybuilding.com - Ashley Conrad's 21-Day Clutch Cut: Supplements**
 www.bodybuilding.com › ... › Clutch Cut ▾
Jun 5, 2013
**Clutch** Cut asks you to put your body in gear. On a **nutritional**
level, it's critical that you put back what you ...

**Bodybuilding.com - Ashley Conrad's 21-Day Clutch Cut: Nutrition**
 www.bodybuilding.com › ... › Clutch Cut ▾
Jun 5, 2013
**Clutch** Cut **nutrition** is clean, simple, and easy to follow. A huge
selection of ... **Clutch** Cut doesn't yank ...

**Best Natural Testosterone Boosters, Nutritional Supplements and ...**
www.axislabs.net/ ▾
Axis Labs is known as one of the most reliable names in performance and **nutritional**
**supplements**. In this dynamic industry of fly by night companies, it is hard to ...
You've visited this page 3 times. Last visit: 9/29/13

**ClutchFitness.com**
www.clutchfitness.com/ ▾
Cutting edge powerbuilding, bodybuilding, fitness, and **nutrition** information! Participate
in discussions on training programs, **supplements**, bodybuilding, ...

**Clutch Fitness - Powerbuilding, Bodybuilding, Fitness, Nutrition, and ...**
www.clutchfitness.com/forums/ ▾
Planetary Nutrition. Top **nutritional supplements** for bodybuilding, health and sports
nutrition at discount prices! We strive to provide the best service in the ...

**clutch | - MomBodyRevolution**
mombodyrevolution.com/tag/clutch/ ▾

Ads

**Clutch Purses**
www.zappos.com/Clutch_Bag ▾
**Clutches** in Tons of Colors & Sizes!
Free Shipping on All Orders.

**Vitamins & Supplements**
www.walmart.com/Vitamins ▾
Shop Walmart® Savings On Vitamins
And **Supplements** Today!
21132 Beach Blvd, Huntington Beach
(714) 274-4484

**Supplement At Target®**
www.target.com/ ▾
Safely Made, Purely Made Vitamins.
Save On Nature Made Vitamins Today!

**Clutch**
www.tjmaxx.tjx.com/Clutches ▾
Save Up to 60% On Designer Brands.
Shop Online For **Clutches** & More!

**Dietary Supplement**
www.walgreens.com/ ▾
Stay Healthy With Vitamins From
Walgreens! Free S&H On Orders $25+

**Garcinia Cambogia 1600mg**
www.garciniacambogiapremium.com/ ▾
#1 Garcinia **Supplement** - 60% HCA
Buy Garcinia Premium & Lose Weight!

**Dietary Supplements**
www.assemblies.com/ ▾
Gummy Bear Bottle Filling
**Dietary Supplement** Retail Packaging

See your ad here »

So the **Clutch** 21 Day Challenge I gave myself is over. To read the **....** You're
**supplements** won't help you if you are **eating** a crappy **diet**. **Supplements** are a
tricky **...**

**Clutch** Fitness Review | Does It Work?, Side Effects ... - **Diet** Reviews
www.dietspotlight.com › Workout Supplement Reviews ▼
                    Rating: 3.5 - Review by DietSpotlight
**Clutch** Fitness review, with side effects, ingredients, where to buy online, coupons, store
**...** This cycling requires unique **diets**, **supplements** and workout routines.
More by Paul Blake

Lipids in Freshwater Ecosystems - Page 99 - Google Books Result
books.google.com/books?isbn=0387985050
Michael Theodore Arts, Bruce Wainman - 1999 - Science
The results of the first experiment with algae and TAG **supplements** suggest Daphnia
catawba from Lake Lacawac were **food** limited, as both **clutch** size and lipid **...**

         **1**   2   3   4   5   6   7   8   9   10              Next

Help      Send feedback      Privacy & Terms

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge      Gary A. Feess      and the assigned Magistrate Judge is      Jay C. Gandhi      .

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-7846-GAF (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

     October 23, 2013               By   MDAVIS
Date                             Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☐ **Western Division**      ☐ **Southern Division**      ☐ **Eastern Division**
312 N. Spring Street, G-8      411 West Fourth St., Ste 1053      3470 Twelfth Street, Room 134
Los Angeles, CA 90012      Santa Ana, CA 92701      Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

|  |  |  |
|---|---|---|
| AXIS LABS, INC. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. **CV13-07846-GAF (JCG)** |
| v. | ) | |
| ASHLEY CONRAD, ASHLEY CONRAD, INC., | ) | |
| CLUTCH BODYSHOP and BODYBUILDING.COM, | ) | |
| LLC | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyler J. Woods
Newport Trial Group
4100 Newport Place Dr,. Suite 800
Newport Beach, CA  92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __OCT 2 3 2013__                      _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

AXIS LABS, INC.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

ASHLEY CONRAD, ASHLEY CONRAD, INC., CLUTCH BODYSHOP and BODYBUILDING.COM, LLC

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)**
NEWPORT TRIAL GROUP
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: 949/706-6464   Fax: 949/706-6469

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC §114 and §1125(a); Cal. Bus. & Prof. Code §14200; 15 USC §1125(a); Cal. Bus & Prof Code §17200 - Trademark Infringment, Common Law Trademark Infringement, Unfair Competition, and Unfair Competition and Unfair Business Practices

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   **CV13-07846**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No  |  |  |
|  | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
|  | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
|  | A PLAINTIFF? | A DEFENDANT? |  |
| ☐ Yes  ☒ No  | Then check the box below for the county in which the majority of DEFENDANTS reside. | Then check the box below for the county in which the majority of PLAINTIFFS reside. |  |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | ☐ Los Angeles | Western |
|  | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
|  | ☐ Orange | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
|  | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN DIVISION |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____   DATE: October ___, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |